IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00297-WDM-PAC

STEVEN E. WILSON, M.D. and
JENNIFER J. WILSON,

       Plaintiffs,

v.

PREMIER RESORTS INTERNATIONAL, INC.
a Delaware Corporation, dba PREMIER RESORTS
AT MANOR VAIL LODGE, and
MANOR VAIL CONDOMINIUM ASSOCIATION,

       Defendants.

_____

**ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER AND
STIPULATED PROTECTIVE ORDER
REGARDING PLAINTIFFS' TAX INFORMATION**
_____

**Order Entered by Magistrate Judge Patricia A. Coan**

    Having considered the motion and being fully advised, it is hereby

    **ORDERED** that the parties' September 8, 2005 Stipulated Motion for Protective Order Regarding Plaintiffs' Tax Information, is **granted**. The following protective order shall enter:

    Plaintiffs, Steven E. Wilson, M.D. and Jennifer J. Wilson, through their counsel, Michael T. Mihm and Justin G. Blankenship of STARRS MIHM & CASCHETTE LLP, and Defendants,

Premier Resorts International, Inc. and Manor Vail Condominium Association, through their counsel, Zane Mosely and Ann Holewinski of ZARLENGO MOTT ZARLENGO & WINBOURN, P.C., hereby stipulate to the following Protective Order Regarding Plaintiffs' Tax Returns.

1. Plaintiffs have agreed to produce their tax returns, W-2s, 1099 forms, and other available documentation pursuant to Defendants' request for production. The parties have agreed that most of the information contained therein is personal and confidential, and should be treated as set forth herein.

2. Other than at trial or at an evidentiary hearing, the requested tax information may be disclosed to the named parties to this litigation, the parties' insurance adjustors, attorneys of record in this litigation and any person in their firm's employ, the Court and its personnel, and limited independent support services consisting of expert witnesses, court reporting services, third-party arbitrators or mediators, and litigation support services.

3. In the event that either party has reason to disclose the requested tax information to any witness, consultant, or other third party not listed in paragraph 2, such disclosure shall be made only after conferring with opposing counsel and only after all addresses, social security numbers, credit card numbers, and bank account numbers have been redacted.

4. Copies of disclosed tax information filed with the Court shall be filed in

accordance with D.C.COLO.LCivR 7.2 and 7.3 and the District of Colorado's ECF Procedures VI.A.2.

5. At the close of litigation, all disclosed tax information, including any discs containing electronic copies of such information, shall be destroyed, deleted, erased, or returned to Plaintiffs within thirty days after the return or destruction of such information is requested in writing. In the event that Defendants are required to retain a complete copy of the file for auditing purposes, Defendants shall return or destroy all extraneous copies and certify in writing that the final copies will be returned or destroyed upon the expiration of any mandatory retention period.

6. All persons having possession or access to the disclosed tax information will take all reasonable steps to preserve the confidentiality of such information. Any disclosure that does not comply with the terms of this Order shall be considered a violation of this Order and shall subject any non-complying person or entity to such sanctions as the Court may deem appropriate.

SO ORDERED.

September 13, 2005.

By the Court:
s/Patricia A. Coan
Patricia A. Coan
Magistrate Judge