IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00297-WDM-PAC

STEVEN E. WILSON, M.D., and
JENNIFER J. WILSON,

    Plaintiff(s),

v.

PREMIER RESORTS INTERNATIONAL, INC.,
A Delaware Corporation, d/b/a PREMIER RESORTS AT MANOR VAIL LODGE, and
MANOR VAIL CONDOMINIUM ASSOCIATION,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiffs' Unopposed Motion to Vacate Settlement Conference dated January 10, 2006 (doc. 27) is Granted.  The Settlement Conference set for January 20, 2006 at 10:30 a.m. is **Vacated**.

Dated:  January 11, 2006