IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00297-WDM-PAC

STEVEN E. WILSON, M.D., and
JENNIFER J. WILSON,

      Plaintiff(s),

v.

PREMIER RESORTS INTERNATIONAL, INC.,
A Delaware Corporation, d/b/a PREMIER RESORTS AT MANOR VAIL LODGE, and
MANOR VAIL CONDOMINIUM ASSOCIATION,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Unopposed Motion to Reset Final Pretrial Conference [filed April 11, 2006; Doc. No. 35-1] is **GRANTED** as follows:

      The Final Pretrial Conference set for April 20, 2006 is ***vacated and reset*** to **May 4, 2006 at 9:30 a.m.,** in Courtroom A501.  The proposed Final Pretrial Order is due on or before **May 1, 2006.**

      In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  April 13, 2006