IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00297-WDM-PAC

STEVEN E. WILSON, M.D., and
JENNIFER J. WILSON,

    Plaintiff(s),

v.

PREMIER RESORTS INTERNATIONAL, INC.,
A Delaware Corporation, d/b/a PREMIER RESORTS AT MANOR VAIL LODGE, and
MANOR VAIL CONDOMINIUM ASSOCIATION,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Defendants' Unopposed Motion to Amend the Final Pretrial Order [filed June 8, 2006; Doc. No. 49] is **GRANTED** as follows:

    The Amended Final Pretrial Order tendered June 8, 2006 will be entered as an order of the Court this date.

Dated:  June 19, 2006